BATCHELDER, Circuit Judge,
concurring in most of the judgment.
I agree with most of Judge Keith’s sound opinion. I write separately to underscore the reason for which I would affirm the district court’s determination that the DBA Defendants were entitled to absolute immunity. The district court adopted the Report and Recommendation, which correctly applied our precedent in Berger v. Cuyahoga Cty. Bar Ass’n, 983 F.2d 718 (6th Cir. 1993), holding that members of an Ohio bar association’s disciplinary committee are entitled to absolute immunity when they enforce a code of conduct for attorneys. Id. at 722. The bar association, “its committees, and members are likewise immune from suit because they act[ ] as arms of the Supreme Court of Ohio in performing a function for which the court and its justices are immune.” Id. (citing Sparks v. Character and Fitness Comm., 859 F.2d 428, 433 (6th Cir. 1988), cert. denied, 489 U.S. 1011, 109 S.Ct. 1120, 103 L.Ed.2d 183 (1989)). Because the relevant facts in the present case are indistinguishable from those in Berger, I conclude that the district court correctly applied binding precedent *390 in granting the DBA Defendants absolute immunity.
Accordingly, I concur in the entire opinion, with the exception of Part Ill.l.a.